JOHN CASSIDY, Appellant, *v.* THE ATLANTIC AVENUE RAILROAD CO., Respondent.

APPEAL from judgment in favor of defendant, entered on dismissal of the complaint, and from order denying motion for a new trial.

*Thos. E. Pearsall,* for appellant.

*Tracy, Boardman & Platt,* for respondent.

*Per Curiam.* We cannot distinguish the case on this appeal from that on the former appeal. They are, substantially, the same, and, therefore, the judgment and order must be affirmed on the opinion of this court on the former appeal (*Cassidy* v. *Atlantic Ave. R. R. Co.,* 9 Misc. Rep. 275; 61 N. Y. St. Repr. 149), with costs.

Present: VAN WYCK and OSBORNE, JJ.
Judgment and order affirmed, with costs.